UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLAIR REDMOND,<br><br>             Plaintiff,<br><br>    v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>             Defendants. | Case No.   14-cv-02345-BLF<br><br>**CASE MANAGEMENT ORDER** |

On October 16, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to File Dispositive Motions | 05/15/2015 |
| Oppositions to Dispositive Motions due | 06/15/2015 |
| Replies to Oppositions due | 07/06/2015 |
| Last Day to Hear Dispositive Motions | 07/30/2015 at 9:00 am. |
| Final Pretrial Conference | 10/15/2015 at 2:30 pm. |
| Trial | 10/26/2015 at 9:00 am.  (Estimated length of trial - 5 days) |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5 IT IS FURTHER ORDERED THAT this case is referred to Judge Grewal for Settlement.  Parties
6 are to contact Chambers of Judge Grewal to schedule a Settlement Conference.

8 Dated:  October 16, 2014

_____
BETH LABSON FREEMAN
United States District Judge