United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLAIR REDMOND,<br><br>            Plaintiff,<br><br>    v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No.  14-cv-02345-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' Joint Case Management Statement filed July 8, 2015.

ECF 72.  In light of the parties' agreement that a new case schedule cannot be set until after the

pleadings are settled, the Court finds good cause to continue the Case Management Conference

presently set for July 16, 2015.  The Case Management Conference in this case is hereby

CONTINUED to September 3, 2015 at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose.  The parties

shall file an updated statement by no later than August 27, 2015.

**IT IS SO ORDERED.**

Dated: July 9, 2015

BETH LABSON FREEMAN
United States District Judge