UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLAIR REDMOND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.　14-cv-02345-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the Court's August 19, 2015 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss With Leave to Amend, ECF 75, and at the joint request of the parties in their recently filed case management statement, ECF 76, the Court finds good cause to CONTINUE the September 3, 2015 Case Management Conference in this case to **October 15, 2015 at 11:00 a.m.** in Courtroom 3, 5th Floor, San Jose. The parties shall file an updated joint case management statement with a proposed schedule by no later than October 8, 2015.

**IT IS SO ORDERED.**

Dated: August 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge