UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLAIR REDMOND,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No.   14-cv-02345-BLF<br><br>**ORDER VACATING DEADLINES AND CASE MANAGEMENT CONFERENCE** |

In light of this Court's order referring Plaintiff to the Federal Pro Bono Project for the appointment of counsel and the entry of a stay pending that process, this Court finds good cause to VACATE the deadlines and Case Management Conference presently set in this case.

A new Case Management Conference will be set upon the appointment of counsel for Plaintiff.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge