UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLAIR REDMOND,<br><br>             Plaintiff,<br><br>     v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>         Defendants. | Case No.  14-cv-02345-BLF<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff filed this action for violation of civil rights and 42 U.S.C. § 1983. ECF 48. On September 3, 2015, the Court referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program to find counsel. ECF 80.

The Federal Pro Bono Project of the Volunteer Legal Services Program has informed the court that Patricia L. Peden (#206440) of LeClairRyan, located at 44 Montgomery Street, Suite 3100, San Francisco, CA 94104, has agreed to serve as appointed pro bono counsel for Plaintiff. Thus, Patricia L. Peden is hereby APPOINTED as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration of the case.

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website. The Clerk shall set this matter for a case management conference within 90 days of the filing date of this order.

**IT IS SO ORDERED.**

Dated: October 2, 2015

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California