UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLAIR REDMOND,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 14-cv-02345-BLF<br><br>**ORDER RE: JOINT CASE MANAGEMENT STATEMENT** |

On January 14, 2016, the parties filed a Joint Case Management Statement for the Case Management Conference ("CMC"), currently set for January 21, 2016 at 11:00 AM. ECF 91. The Statement included a request to continue the CMC until after the Court rules on the Motion to Dismiss filed by Defendants Donald Perrier, Richard Galea, and Wendy Hoskin, set for hearing on March 24, 2016. *Id.* at 5.

On balance, the Court finds that holding the CMC on January 21, 2016 would not be premature and would help the case proceed. Accordingly, the Court DENIES the parties' request to continue the CMC. Should the parties wish to appear telephonically at the CMC, the parties may file administrative motions requesting leave to appear via Court Call Phone Conferencing.

**IT IS SO ORDERED.**

Dated: January 15, 2016

_____
BETH LABSON FREEMAN
United States District Judge