UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BLAIR REDMOND,

    Plaintiffs,

  v.

SAN JOSE POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 5:14-cv-02345-BLF

**CASE MANAGEMENT ORDER**

On 01/21/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Hearing Date for Motions for Summary Judgment (One motion per side) | 9/21/2017 at 9:00 AM |
| Final Pretrial Conference | 01/11/2018 at 1:30 PM |
| Trial | 01/22/2018 at 9:00 AM |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT Parties are to meet, confer and file a stipulated
6 proposed schedule regarding discovery dates and deadlines to trial by 04/15/2016.

Dated:  01/21/2016

_____
BETH LABSON FREEMAN
United States District Judge