Patricia Peden (SBN 206440)
patricia.peden@leclairryan.com
Felicia Jafferies (SBN 251904)
felicia.jafferies@leclairryan.com
LeClairRyan LLP
44 Montgomery Street, Suite 3100
San Francisco, CA  94104
Telephone: 415-391-7111
Facsimile:  415-391-8766


Attorneys for Plaintiff
BLAIR REDMOND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BLAIR REDMOND,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, OFFICER TONY DIEP, OFFICER DANIEL PFIEFER, OFFICER MATTHEW BLACKERBY, SERGEANT RICHARD GALEA, SERGEANT DONALD PERRIER, OFFICER WENDY HOSKIN, OFFICER ALAN MISHAGA, and OFFICER ANDREW WONG, inclusive,<br><br>           Defendants. | Case Number:  5:14-cv-02345 BLF<br><br>**STIPULATION TO DISCOVERY AND EXPERT CUTOFF DATES AND DEADLINES; [~~PROPOSED~~] ORDER** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   The parties, by and through their respective counsel, stipulate to the below agreed dates and deadlines:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Amend Pleadings or Add Parties | November 16, 2016 |
| Fact Discovery Cut-Off | February 10, 2017 |
| Last Day to Disclose Experts by the party with the burden of proof | April 28, 2017 |
| Last Day to Disclose Rebuttal Expert Reports | May 31, 2017 |
| Expert Discovery Cut-Off | June 30, 2017 |
| Last Day to file Motion for Summary Judgment (FRCP 56(b)) | July 30, 2017 |

All other dates are as scheduled in the Case Management Order filed January 21, 2016 [Document No. 96].

Dated: April 15, 2016                    LECLAIR RYAN LLP

By: */s/ Patricia L. Peden*
    Patricia Peden, Esq.
    Felicia Jafferies, Esq.
    Jamie Cheng, Esq.

Attorneys for Plaintiff BLAIR REDMOND

Dated:  April 15, 2016                    RICHARD DOYLE, City Attorney

By:  */s/ Nkia D. Richardson*
    NKIA D. RICHARDSON
    Senior Deputy City Attorney

Attorneys for Defendants
CITY OF SAN JOSE, et al.

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X9B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from Defendants the City of San Jose, San Jose Police Department, et al.

*/s/ Felicia P. Jafferies*
Felicia P. Jafferies

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of April, 2016, the foregoing STIPULATION TO DISCOVERY AND EXPERT CUTOFF DATES AND DEADLINES; [PROPOSED] ORDER was filed electronically using the Court's ECF system, which will electronically serve the same upon all counsel of record.

*/s/ Adriana L. Lawrence*
Adriana L. Lawrence

# ORDER

IT IS HEREBY ORDERED that the following agreed to schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Amend Pleadings or Add Parties | November 16, 2016 |
| Fact Discovery Cut-Off | February 10, 2017 |
| Last Day to Disclose Experts by the party with the burden of proof | April 28, 2017 |
| Last Day to Disclose Rebuttal Expert Reports | May 31, 2017 |
| Expert Discovery Cut-Off | June 30, 2017 |
| Last Day to file Motion for Summary Judgment (FRCP 56(b)) | July 30, 2017 |

All other dates are as scheduled in the Case Management Order filed January 21, 2016 [Document No. 96].

IT IS SO ORDERED.

Dated: April 18, 2016         _____
                              HONORABLE BETH LABSON FREEMAN