UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLAIR REDMOND,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE, SAN JOSE POLICE DEPARTMENT. et al.,<br><br>    Defendants. | Case Number:  5:14-CV-02345-BLF<br><br>**DECLARATION OF PATRICIA L. PEDEN IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE TESTIMONY FROM OFFICERS BLACKERBY AND DIEP** |

I, Patricia L. Peden, declare that:

1. I am an Attorney with the firm of LeClairRyan LLP, attorneys of record for Plaintiff.  I have personal knowledge of the following facts and if called upon to do so, could competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Officer Matthew Blackerby, dated January 31, 2017.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Officer Tony Diep, dated February 8, 2017.

1   I declare under penalty of perjury under the laws of the United States of America that the
2   statements made here are true and correct to the best of my knowledge and belief.  This declaration
3   was executed on December 28, 2017 in San Francisco, California.

4
5                                             By:   /s/ *Patricia L. Peden*
                                                   Patricia L. Peden