# EXHIBIT A

ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5    BLAIR REDMOND,                      )
                                          )
 6          Plaintiffs,                   )
                                          ) Case Number:
 7       vs.                              ) 2:14:CV-02345-BLF
                                          )
 8    CITY OF SAN JOSE, SAN JOSE          )
      POLICE DEPARTMENT, OFFICER          )
 9    TONY DIEP, OFFICER DANIEL           )
      PFIEFER, OFFICER MATTHEW            )
10    BLACKERBY, SERGEANT RICHARD         )
      GALEA, SERGEANT DONALD              )
11    PERRIER, OFFICER WENDY              )
      HOSKIN, OFFICER ALAN                )
12    MISHAGA, and OFFICER ANDREW         )
      WONG, inclusive,                    )
13                                        )
            Defendants.                   )
14
15
16                  ATTORNEY'S EYES ONLY
17
18      VIDEO-RECORDED DEPOSITION OF MATTHEW BLACKERBY
19                      San Jose, CA
20              Tuesday, January 31, 2017
21
22    Reported by:
      Mechelle S. Gonzalez
23    CSR No. 13250
      Job No. 2518605
24
25    Pages 1 - 176
```

Page 1

```
 1        A.   Yes.
 2        Q.   Okay.  Now, while this is all going on, do
 3   you see what Ms. Redmond is doing in the passengers?
 4        A.   No.  At this time now we have danced around
 5   to the back of the car and I was -- if I looked up,        01:40:11
 6   the bumper of the car would be right about here and
 7   the -- the passenger's face was nose to nose with
 8   me.
 9        Q.   Okay.  So eventually you get the passenger
10   in handcuffs though, right?                                 01:40:24
11        A.   Tony is able to pull him off and we
12   untangle ourselves and we get him into handcuffs.
13        Q.   Okay.  So from this whole point from where
14   Officer Diep first approaches the passenger in the
15   passenger's side of the vehicle to where you get him        01:40:38
16   in handcuffs, at any time during that period did you
17   see Blair Redmond?
18        A.   No.
19        Q.   So you don't know what's happening on the
20   other side of the car while this -- while you're            01:40:51
21   involved -- you and Officer Diep are dealing with
22   the passenger?
23        A.   Yes.  No idea.
24        Q.   Okay.  When is the first you see
25   Ms. Redmond?                                                01:41:01
```

Page 121

1  A.  When I got up off the ground she was in
2  handcuffs.
3  Q.  Did you see her get out of the car and
4  begin to take videotape?
5  A.  No.                                                01:41:09
6  Q.  Did you know where she was in relation to
7  Officer Pfiefer when she was taking video?
8  A.  Well, there was -- upon approach when he
9  started screaming, there was a camera out facing
10 towards Officer Diep and I, but after like I said    01:41:24
11 after I had pulled him out of the car and I was
12 dealing with him, I have no idea what was going on
13 with her.
14 Q.  Okay.  So you didn't see any of her
15 interactions with Officer Pfiefer?                   01:41:37
16 A.  No.
17 Q.  Okay.  So now you have the passenger and
18 Ms. Redmond both in handcuffs.  What happens next?
19 A.  Well, somebody called for code three fills,
20 so a ton of police officers and patrol officers are  01:41:57
21 either on scene or coming with their lights and
22 sirens on.
23 Q.  So for the jury what's a code three fill?
24 A.  That means we need help and everybody has
25 to turn on their lights and their sirens and get     01:42:13

Page 122

```
 1           I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3           That the foregoing proceedings were taken
 4   before me at the time and place therein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were placed under oath; that a verbatim
 7   record of the proceedings was made by me using machine
 8   shorthand which was thereafter transcribed under my
 9   direction; further, that the foregoing is an accurate
10   transcription thereof.
11           I further certify that I am neither financially
12   interested in the action nor a relative or employee of
13   any attorney of any of the parties.
14           IN WITNESS WHEREOF, I have this date subscribed
15   my name.
16
17   Dated: February 14, 2017
```

_Mechelle S. Gonzalez_

Mechelle S. Gonzalez

CSR No. 13250