# EXHIBIT B

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN JOSE DIVISION
 4                                        )
     BLAIR REDMOND,                       )
 5                                        )
             Plaintiffs,                  )
 6                                        ) Case Number:
        vs.                               ) 2:14:CV-02345-BLF
 7                                        )
                                          )
 8   CITY OF SAN JOSE, SAN JOSE           )
     POLICE DEPARTMENT, OFFICER           )
 9   TONY DIEP, OFFICER DANIEL            )
     PFIEFER, OFFICER MATTHEW             )
10   BLACKERBY, SERGEANT RICHARD          )
     GALEA, SERGEANT DONALD               )
11   PERRIER, OFFICER WENDY               )
     HOSKIN, OFFICER ALAN                 )
12   MISHAGA, and OFFICER ANDREW          )
     WONG, inclusive,                     )
13                                        )
             Defendants.                  )
14                                        )
15
16     A PORTION OF THIS TRANSCRIPT IS ATTORNEYS' EYES ONLY
17           VIDEO-RECORDED DEPOSITION OF TONY DIEP
18                          San Jose, CA
19                 Wednesday, February 8, 2017
20
21   Reported by:
     Mechelle S. Gonzalez
22   CSR No. 13250
23   Job No. 2518608
24   PAGES 1 - 205
25   Pages 90 - 113 ATTORNEYS' EYES ONLY
```

Page 1

```
 1   our -- on the vehicle we had come in contact with
 2   yelling different stuff.  You know, antipolice
 3   stuff.  So I put out that radio traffic and started
 4   hearing sirens coming closer towards us, and we were
 5   still, again, trying to get Mr. Evans in handcuffs          02:52:41
 6   and he's just hard to control.  Not able to get him
 7   in handcuffs for seemed like several minutes.
 8        Q.  But eventually you were able to get him in
 9   handcuffs, right, in the back of the vehicle?
10        A.  Yes.                                               02:52:59
11        Q.  So from that period of your initial contact
12   with Mr. Evans in the passenger's side of the
13   vehicle to where you get him handcuffed and under
14   control at the back of the car, during that whole
15   period can you tell me exactly what your                    02:53:11
16   interactions with Blair Redmond were?
17        A.  There wasn't -- with Ms. Redmond there
18   wasn't any real interaction between her and I.
19   While we were in the back of the car struggling with
20   Mr. Evans, from the corner of my eye I did see the         02:53:28
21   driver's side door open and Ms. Redmond come out
22   with what appears to be a phone and -- and straight
23   at us.  And I just see the -- Officer Pfiefer
24   trying -- trying to gain control of her to -- to try
25   to prevent her from advancing towards us.                   02:53:49
```

Page 155

```
 1    question her when she was brought in?
 2         A.   No.
 3         Q.   When you were approaching the vehicle, did
 4    you see Ms. Redmond throw anything out the window or
 5    did you see Ms. Redmond litter?                              03:01:09
 6         A.   No.
 7         Q.   Did you -- at any time during the incident
 8    were you able to witness Officer Pfiefer's
 9    interactions with Ms. Redmond?
10         A.   I just remember seeing Officer Pfiefer            03:01:26
11    approaching the driver's side door and window and
12    I -- I don't recall exactly what was -- what was
13    being said back and forth, but there was just
14    yelling.
15         Q.   Anything other than seeing Officer Pfiefer        03:01:49
16    and Ms. Redmond yelling at each other that you --
17    that you personally saw during the incident?
18         A.   No.
19         Q.   At what point in the chronology that we
20    just went through, at what point was Ms. Redmond            03:02:15
21    being detained?
22         A.   At the point where I smelled the odor of
23    marijuana and observed a beer in the center console.
24         Q.   Did you see the video that Ms. Redmond took
25    with her cell phone?                                        03:02:45
```

Page 162

```
 1   that I was asking right before the break.
 2          I want to ask you if you know which officer
 3   assisted Officer Pfiefer with Ms. Redmond's arrest?
 4          MS. RICHARDSON:  Objection.  Assumes facts.
 5          THE WITNESS:  No, I don't.                        03:12:03
 6          BY MS. PEDEN:
 7      Q.  I take it from the -- your testimony before
 8   the break that you were involved with dealing with
 9   Mr. Evans and really didn't see Officer Pfiefer
10   subdue Ms. Redmond or who may have, if anyone,         03:12:19
11   assisted him in that.  Is that fair?
12      A.  Yes.
13      Q.  Do you know from events or things that you
14   learned after the incident which officers had
15   contact with Ms. Redmond?                              03:12:39
16      A.  No, because there was a -- there was
17   numerous officers because of the request for help I
18   put out.  And not only that, but additional officers
19   arrived after Mr. Evans was placed in handcuffs and
20   being brought to the back of the patrol vehicle       03:13:04
21   because he became uncooperative and -- in getting
22   into the back of the police vehicle.
23          And I just remember the crowd just yelling
24   different antipolice stuff and that officers --
25   those officers felt the need to request additional    03:13:23
```

Page 165

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken
 4   before me at the time and place therein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were placed under oath; that a verbatim
 7   record of the proceedings was made by me using machine
 8   shorthand which was thereafter transcribed under my
 9   direction; further, that the foregoing is an accurate
10   transcription thereof.
11            I further certify that I am neither financially
12   interested in the action nor a relative or employee of
13   any attorney of any of the parties.
14            IN WITNESS WHEREOF, I have this date subscribed
15   my name.
16
17   Dated: 2/22/2017
18
19
20
21
22
23            _____
24            Mechelle S. Gonzalez
             CSR No. 13250
25
```

Page 205